AO 91 (Rev. 08/09) Criminal Complaint

LEWIS ARRESTED

FILED

APR 1 2 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Destiny Chambless | ) Case No. 7:18-MJ-141 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 12th, 2018____ in the county of ____Ector____ in the ____Western____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Posesssion with intent to distribute a controlled substance methamphetamine |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
Complainant's signature

Gerardo Ornelas, DEA, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/12/18__

_____
Judge's signature

City and state: ____Midland, Texas____

United States District Judge David Counts
*Printed name and title*

**AFFIDAVIT**

I, Gerardo Ornelas, Task Force Officer (TFO), Drug Enforcement Administration (DEA), United States Department of Justice, being first duly sworn, deposes and states as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 3053. I have been employed as a Deputy Sheriff with the Ector County Sheriff's Office for approximately seven years. For the first four and half years I was assigned to Patrol Division. For the past two and half years I have been assigned as an investigator investigating narcotics and vice offenses. I'm currently assigned to DEA as a Task Force Officer investigating narcotics and vice offenses. I am currently assigned to the investigation of CHAMBLESS, Destiny on the accusation that they committed an offense against the United States by possessing a controlled substance with intent to distribute, commonly known as Methamphetamine, in violation of 21 United States Code, Section 841.

2. The sole purpose of this affidavit is to establish that there is probable cause to believe that CHAMBLESS, Destiny engaged in specific criminal activity. This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief. The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local law enforcement officers. This affidavit does not contain all information known to law enforcement officers concerning this matter.

3. On April 12th, 2018, Ector County Sheriff's Office (ECSO) Special Investigation Unit (SIU) Sgt. Abel Sanchez received information from a credible reliable source reference to a Destiny CHAMBLESS being in possession of a quantity of methamphetamine. Sgt. Sanchez was then contacted by a second source who is unrelated to the first source giving the same information.

4. Sgt. Sanchez was told CHAMBLESS was at the Studio 6 located at 3031 E. Hwy 80 in Odessa, Ector County, Texas. Sgt. Sanchez and the ECSO SIU arrived to the hotel and conducted surveillance. Sgt. Sanchez was told by both CS's that CHAMBLESS was walking around the hotel on the outside area

with a small dog.

5. Sgt. Sanchez and ECSO SIU observed a white female believed to be CHAMBLESS walking with a dog on the south west entrance of the hotel near a van with the hood open. Sgt. Sanchez and TFO Gerardo Ornelas approached CHAMBLESS and began to speak with her. CHAMBLESS began to act nervous while speaking with deputy's.

6. Sgt. Sanchez informed CHAMBLESS that we had received information that she was in possession of methamphetamine and was selling and distributing at the hotel. CHAMBLESS denied all knowledge of being in possession of any methamphetamine but stated she did have a small amount of marijuana on her person. CHAMBLESS was told a female officer was notified to come to the location to conduct a search of her person and remove the marijuana.

7. Odessa Police Department Corporal Taylor Miley arrived on scene and conducted a search of CHAMBLESS. Corporal Miley located a small quantity of marijuana approximate weight 3.3 grams and quantity of methamphetamine approximate weight 17.6 grams in the bra area on CHAMBLESS. The methamphetamine was packaged in two separate clear plastic small sandwich type bags. The amount of methamphetamine is more than a user amount and is consistent with the amount for sales and distribution of methamphetamine. The methamphetamine and marijuana was seized as evidence by the ECSO SIU.

8. AUSA Bill Lewis was contacted and briefed on the incident. AUSA Lewis agreed to prosecute CHAMBLESS on the federal level. CHAMBLESS was arrested pending formal Federal Charges.

Task Force Officer Gerardo Ornelas,
Drug Enforcement Administration

Sworn and Subscribed before me this 12th day of April, 2018

United States District Judge David Counts