FILED
NOV 19 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States District Court
Western District of Texas

United States,
   Respondent.

v.

Destiny Chambless
   Petitioner

Case No: 7:18-CR-00107-DC(1)

## Petitioner's Motion pursuant to § 3582(c)(2)

Comes now Petitioner (Destiny Chambless), on this 13th day of November, 2020. Seeking modification of a term of imprisonment (Seeking applications of Amendment 782.). Based on the amendment to the guidelines, reducing most drug offense level(s) by two. To the extent that Petitioner may not have received the benefit the request is made. To which this Honorable Court has the discretion to modify the terms of imprisonment.

Respectfully Submitted,
Destiny Chambless

Name: Destiny Chambless
Reg. No: 05565-480
Institution: Bryan FPC

Certificate of Service

I do hereby certify to the foregoing on this 13th day of November, 2020. In that a true and correct copy of the foregoing has been sent to this Honorable Court.

/s/ Destiny Chambless

Amendment: Retroactivity of Amendment 782

Reason for Amendment: This amendment expands the listing in § 1B1.10(d) to implement the directive in 28 U.S.C. § 994(u) with respect to guideline amendments that may be considered for retroactive application. The Commission has determined that Amendment 782, subject to ~~be~~ the limitation in new § 1B1.10(e) delaying the effective date of sentence reduction orders until November 1, 2015, should be applied retroactively.

Amendment 782 reduced by two levels the offense levels assigned to the quantities that trigger the statutory mandatory minimum penalties in § 2D1.1, and made parallel changes to § 2D1.11. Under the applicable standards set forth in the background commentary to § 1B1.10, the Commission considers the factors, among others: (1) the purpose of the amendment, (2) the magnitude of the change in the guideline range made by the amendment, and (3) the difficulty of applying the amendment retroactively.

Destiny Chambless
05505480
Bryan Federal Prison Camp
P.O. Box 2149
Bryan Texas 77805

NORTH HOUSTON TX 773
17 NOV 2020 PM 7 L

RECEIVED
NOV 19 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Federal Prison Camp
P.O. Box 2197
Bryan, Texas 77805
Date: 11/16/20

"The enclosed letter was processed through procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

SCREENED BY CSO
NOV 19 2020

The Honorable David Counts
US District Court
Western District of Texas
200 E. Wall St.
Midland TX 79701